FILED
March 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002505228

Harry D. Roth     SBN 80611
Attorney at Law
803 Second Street, Suite D
Davis, CA 95616
(530) 756-1265
(530) 756-4796 (f)

Attorney for Debtors
EDWARD J. LEBROCQUY
DOROTHY K LEBROCQUY

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>EDWARD J. LEBROCQUY<br>DOROTHY K LEBROCQUY<br><br>Debtors. | Case No. 10-22074-C-7<br>DOCKET CONTROL No. HDR-1<br><br>**MOTION TO VALUE COLLATERAL OF SAFE FEDERAL CREDIT UNION AND REDEEM PROPERTY CLAIMED AS EXEMPT**<br><br>Date: April 27, 2010<br>Time: 9:30 a.m.<br>Place: Dept. C Room 35, 6th Floor<br>JUDGE: Christopher M. Klein |

    This day comes the Debtor, by his attorney, and move the Court for an order pursuant to 11 U.S.C.§522 (d) to value and redeem property financed by Safe Federal Credit Union and in support of this motion states:

    1. The 2005 Mini Cooper S, described in debtors' Amended Schedule B and Amended Schedule C herein attached as Exhibit A constitutes tangible personal property intended primarily for the personal, family and household use of the debtors and the debtors' family.

    2. The lien of Safe Federal Credit Union on such property secures a dischargeable debt that was

1

incurred by the debtor for a personal, family or household use, to wit: obtaining funds used to purchase said motor vehicle.

3. Such property is exempt under 11 USC section 522(d), and such exemption has been claimed by the debtor on Amended Schedule C on file herein.

4. The debtor desires to redeem such property from the lien of Safe Federal Credit Union by paying to Safe Federal Credit Union the amount of its allowed secured claim secured by the lien on such property.

5. The value of such property is $11,046.00.

6. The value of the claim of Safe Federal Credit Union is approximately $22,777.00 as described in Amended Schedule D herein attached as Exhibit B. Safe Federal Credit Union has not elected to file a claim.

WHEREFORE, debtors pray that they be permitted to redeem the tangible personal property herein described by paying to Safe States Federal Credit Union the sum of $11.046.00, or such other some as the court may determine to be the value of said property.

DATED: March 16, 2010      /s/ Harry D. Roth
                           HARRY D. ROTH
                           Attorney for Debtor